IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:07CR188
                               )
     v.                        )
                               )
STEPHEN KIRSCHBAUM,            )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 31).  The Court has been advised defendant wishes to enter a plea.  The Court notes defendant has filed a written waiver of speedy trial (Filing No. 43).  Accordingly,

IT IS ORDERED that defendant's motion to continue is granted; a Rule 11 hearing is scheduled for:

**Friday, November 16, 2007, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.  The additional time will give counsel adequate time to complete plea negotiations and will accommodate counsel's and the Court's schedule.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between September 12, 2007, and November 16, 2007, shall be

deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 12th day of September, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court