IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR188 |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN KIRSCHBAUM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue (Filing No. 56). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion to continue is granted; the Rule 11 hearing is rescheduled for:

**Friday, December 7, 2007, at 8:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. The additional time will give counsel adequate time to complete plea negotiations. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between November 16, 2007, and December 7, 2007,

shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 16th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court