IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )      8:07CR188
                                )
      v.                        )
                                )
STEPHEN KIRSCHBAUM,             )      ORDER
                                )
            Defendant.          )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 114). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 100) is rescheduled for:

**Thursday, May 15, 2014, at 11 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 19th day of February, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court