IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )       8:07CR188
                             )
      v.                     )
                             )
STEPHEN KIRSCHBAUM,          )          ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue (Filing No. 116).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that the dispositional hearing on the petition for warrant or summons for offender under supervision (Filing No. 100) is rescheduled for:

**Thursday, July 17, 2014, at 10 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 17th day of April, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court