IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR188 |
| | ) | |
| v. | ) | |
| | ) | |
| STEPHEN KIRSCHBAUM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On July 17, 2014, the defendant appeared through counsel on a Petition for Warrant or Summons for Offender Under Supervision (Filing No. 100). Defendant was not present but was represented by Chad D. Primmer. Plaintiff was represented Kimberly C. Bunjer, Assistant United States Attorney. The government's oral motion to dismiss the Report of Offender Under Supervision will be granted. The Court then proceeded to a dispositional hearing.

IT IS ORDERED that the petition is dismissed; the defendant shall continue on supervised release under the same terms and conditions as those imposed in the original Judgment and Commitment Order.

DATED this 17th day of July, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

## ACKNOWLEDGMENT OF RECEIPT

I hereby acknowledge receipt of a copy of this judgment this _____ day of _____, 20__.

_____
Signature of Defendant

## RETURN

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 20__ to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By: _____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

## CERTIFICATE

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 20____.

UNITED STATES WARDEN

By: _____